UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-7052 |
| ACCELERA INNOVATIONS, INC., SYNERGISTIC HOLDINGS, LLC, and GEOFFREY J. THOMPSON, | ) ) ) ) ) | Hon. Virginia M. Kendall |
| Defendants. | ) ) | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby provides this Court with notice of the parties' settlement and moves unopposed for entry of Final Judgment as to Defendants Geoffrey J. Thompson, Accelera Innovations, Inc., and Synergistic Holdings, LLC (collectively, the "Defendants"). In support thereof, the SEC states as follows:

1. On September 29, 2017, the SEC filed this action for violations of federal securities laws against Defendants. (ECF No. 1.)

2. On January 22, 2020, the SEC filed a Notice of Tentative Settlement and Request for Stay, informing this Court that the parties had reached a tentative settlement, pending approval from the Commission. The SEC further requested a 90-day stay of these proceedings in order to seek such approval. (ECF No. 40.) On January 28, 2020, this Court granted the motion. (ECF No. 42.)

3. Defendants have consented to filing of the proposed Judgments attached hereto. The Defendants' consent agreements are attached hereto as Exhibits 1, 2, and 3. The proposed Judgments as to the Defendants are attached hereto as Exhibits 4, 5, and 6.

4. Entry of the proposed Judgments would resolve all issues in this pending litigation.

5. The parties have conferred, and the Defendants do not oppose this Motion.

WHEREFORE, the Commission respectfully requests entry of the attached proposed Judgments, to which the Defendants have consented, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure.

Dated: April 2, 2020

Respectfully submitted,

By: /s/ Ariella O. Guardi
Alyssa A. Qualls (Quallsa@sec.gov)
Daniel J. Hayes (HayesDJ@sec.gov)
Ariella O. Guardi (Guardia@sec.gov)
United States Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (FAX)

*Attorneys for Plaintiff U.S. Securities and Exchange Commission*